IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ADRIAN S. HOLMES
Plaintiff,

V.

UNITED STATES OF AMERICA, et al.
Defendants.

) CASE No. #
) 
) Judge:

FILED
SCRANTON

MAY 12 2011

PER _____ 
DEPUTY CLERK

## MOTION/COMPLAINT/PRIVACY ACT

Here Comes A Plaintiff, That Is Being Held Hostage Inside Of A United States Penitentiary U.S.P. Lewisburg, P.O. Box 1000, Lewisburg, PA. 17837, To Be Perspicacious. **HISTORY**: On January 22, 1999 Plaintiff HOLMES, Was Sentence To **Then** 180 Months/15 yrs. With 362 Days Jail Credit, **UNTIL** Dec. 14, 2009 An **ORDER** Was Sent To The Designation And Sentence Computation Center, (DSCC) In Grand-Prairie, Texas. The District Judge: s/ Thomas W. Phillips, OF KNOXVILLE, TENNESSEE. Done By: Grace Woods-Coleman (See Attachment: The **ORDER** Motion) To Change Plaintiffs' Sentence To **NOW** 168 mo/14 yrs.- The Creation Of All Of This Action Was Created By The New Crack (3582) A.W.) Which Was Created/Establish In Dec.**, 2007. Went Into Effect On March 3, 2008. Which Plaintiff HOLMES, Fit The Qualification, What Triggers Plaintiffs' Sentence Level Is At Level 26, But Mr. HOLMES, Was Sentence To Level 29, Category **VI** At 151-188. Mr. HOLMES, Received 180 mo. - The District Attorney, Steven H. Cook, Agrees That Mr. HOLMES, Sentence Triggers At Level 26. Then Apply The 2 Level Reduction **RESULT** Level 24 100-125 (See Attachment: Sentencing Table) But Plaintiff HOLMES, Were Enhance By (4) Four Levels At Level 28 Category **VI** At 140-175 **Received** 168 mo/14 yrs. N 851 **(ENHANCEMENT)** Were Ever **Did/Done** In Plaintiffs' Sentence, Mr. HOLMES, Is (PRO-Se) In The Case, Case No. # 3:98-CR-6 An HAVE **NOT** Receive **ANY** Paper-Work On the Time Change From the Court.

(1) START

# FACTUAL FINDINGS:

Plaintiff Mr.HOLMES Bogusly Receives An 12 Months Reduction Which As Of Now Sentence Is 14yrs/168 Months. Plaintiff Mr.HOLMES Has Been Incarcerate 13yrs & 3 Months. On A 14yrs Sentence At 85% Federal Time You Do 12 Years And 5 Months, On The Old Sentence 180Mo./15yrs. At 85% You Do 13yrs & 9-5 Months, **FACTS** (See Attachment: Exhibit II Sentence Monitoring Good Time Data Sheet) It Shows Starting From The Year 1998 Until 2006, Plaintiff Mr.HOLMES **Earned [ 358 Days** G.C.T. (Good Conduct Time) Also See (The Following Sheet That Has Plaintiffs Exhibit (1) Marked In The Top **Circle:** B.O.P. Policy Statement Sheet **CLEARLY** States There **SHALL** Ever Be **Any** Subtration/Forfetited Which It Has Been Done In Plaintiffs HOLMES Situation For Whatever Reason (Disciplary Wise etc) Mr.HOLMES Do **NOT** Receive His **54 Days** For Those Said Years After **SHALL, MUST** Continue To Show **Earned** G.C.T. Good Conduct Time At: **358 Days Earn** An **NOT** Subtract Nor Forfetited To 209 Days Which Were Done In The Year Of 2008 **[ALL TIMES** It **SHALL** Be **358** Days Earn All The Way Down Until **ANY** G.C.T. Is Earn. — **FACT FINDINGS:** Under The Old Sentence **180** mo/**15** yrs. Shows Plaintiffs Full Expiration 2013 Good Time Starting From The Front In The Year 2011 Of Feb. or March. Once The **12 Months** Reduction Is Applied It Drops **THE Full** Expiration Change To Year **2012** Along With The Front G.C.T. (Round OFF By 18 Months) Drops From The Months Year Of March 2011 To **Now** Year **2010** Added By **358 Earn** G.C.T. - (**EVEN IF** Under The **15** yrs The Front G.C.T. Were At January 12, 2012 Once Applied The 12 Months It Change Also To January 12, 2011 Then Apply The **358** Days Starting From The Entry Date Of The **NEW** Sentence Time - Which Would Be January 5-6, 2010) - As **FACTS** Of Proof Has Been Shown Mr.HOLMES Is On Over Done Time (Excessive Time) **A STRONG VIOLATION** Under The **CONSTITIAN AMENDMENT**(s) & **LAW**(s).

## SUPPORTING FACTS:

See: **EXHIBIT I.** (The **ORDER**)

See: **EXibit II** (Sentence Monitoring Good Time Data—(Also Attach) Policy-

(2)

Statement (Stating Plaintiff HOLMES Exhibit (1) Also Circle) Also Attach Is Sentence Table
Guildlines Manual)
Qee: Exibit III (CONSIDERATION/RE-CONSIDERATION Also Memorandum)
Qee: Exibit IV (MOTION FOR SUMMARY JUDGMENT Also Exibit (A) Relase Date)
Qee: Exibit V (As To ADMINISTRANTIVE Remedies, APPEALS)
Read Each Exibits' Cover Sheet I-V

## SUPPORTING CASES FACTS

Sellers V. BUREAU OF PRISONS, 959 F.2d 307 (D.C.Cir. 1992) "As Long As The
Information Contained In A Agency's Files Is Capable Of Being Verified, Then
Under Sections (e)(5) And (g)(1)(c) Of The (Privacy) Act, The Agency, **MUST** Take
Reasorable Steps To Maintain The Accuracy Of The Information To Assure
Fairness To The Individual, If The Agency Willfully Or Intentionally Fails To
Maintain It's Records, In That Way And As A Result, It Makes A Determination
Adverse To An Individual, Then It Will Be Liable To That Person For **Money Damages**."
In HOLMES **Do Not** Have His **NEW** Presentence Report, **NEW** Judgment & Commitment
**Or ORDER** Inside Of His Central File Here At The Facility. (2) Plaintiff HOLMES
Were (Pro-Se) And Request To Have His **(BODY)** Present At Re-Sentence, Because At
The Original Sentence, Mr. HOLMES, Has Disputed Against The PSR & It Is Also Document,
In The Presentence-Report, The Mere Facts Alone, If HOLMES Would Had Been At Sentencing
He Would Have Argue And Show Facts Why He **MUST** Be Sentence At Level 24,
Furthermore, Whom Where There Repersenting Mr. HOLMES, **Violation Of Due Process**.

## CONCLUDETION:

Mr. HOLMES Due Process Claude Have Been Violated When He Were **NOT** Present At
Sentence And Is Continuing To Be In Violation Because To This Day, Mr. HOLMES, Do
**NOT** Have **Any** Paper Work, **NEW** Presentence-Report, **NEW** Judgment & Commitment, Mr.
HOLMES Is (Pro-Se).
The B.O.P. **Do NOT** Have My **NEW** Presentence-Report, **NEW** Judgment & Committ-
ment Inside Of My Central File;
Mr. HOLMES Is Serving On Over Done Time An Violation Of **Constitutional: Amendment: Law, of**

4) Plaintiff HOLMES, **MUST, SHALL**, Be **IMMEDITELY RELEASE**.

   Plaintiff HOLMES Prays That This Honorable Judge & Court Will Bring Resurrection And Installment Back Into Constitutional And Amendments (Laws) And Clothe Plaintiff HOLMES With It By Keeping It's SON Warmth With Justice.

Respectfully

Submitted.

Name: Theoddore L. Holmes

Date: April 10, 2011 SUNDAY

(4)

END.

# COVER - SHEET

# EXIBIT: I (The ORDER) N.# 3-98-CR-6

The **ORDER** Were Done By: **DISTRICT** Judge: s/ Thomas W. Phillips
The **ORDER** Were Then Sent To Designation And Sentence Computation
Center (DSCC) Done By: Grace Woods-Coleman, Month & Year Dec. 24, 2009
Once, The 12 Months Reduction Were Applied The Sentence Of **Old** 180mths/
Change To **Now** 168mo/ 14yrs - Under The **Old** Sentence Of 180m/15yrs
Plaintiff's HOLMES Full Expiration Date **Was** Then Year **2013** Good Time
Starts At: **March** ** **2011**. Once, The 12 Month Were Applied To Reduce OFF
The **NEW** Sentence 168mo/ 14yrs. Also Change Full Expiration Date To **NOW**
Year **2012** Good Time Change Also From March ** **2011** To **NOW** Year
**2010**. Then Apply The **Earn** 358 Days G.C.T. Good Conduct Time
Even IF Plaintiff HOLMES G.C.T. Was At: January ** **2012** Once The
12 Months Reduction Were Applied It Then Drop Down To January ** **2011**
Then Apply The **358 Days** G.C. Time Which Is 7 Days Away From Being
Full Year Then The 10 Days The Judge Gave To Process Paper Work
Of The Defendant, The **ORDER** Were Entry On Dec. 14, 2009, 10 Days
From Then Is Dec. 24, 2009 Then **ADD** 358 Days 7 Day Short Of A Full
Year Result Rest In January ** **2010** or Sooner.

Grace
Woods-
Coleman

Digitally signed by Grace Woods-
Coleman
DN: cn=Grace Woods-Coleman,
o=DSCC, ou=Bureau of Prisons,
email=gwoodscoleman@bop.gov,
c=US
Reason: verified thru pacer
Date: 2009.12.14 12:15:56 -06'00'

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 3:98-CR-6 |
| | ) | (Phillips) |
| ADRIAN HOLMES | ) | |

## ORDER

This matter is before the court on the defendant's *pro se* motions brought pursuant to 18 U.S.C. § 3582(c) [Docs. 105, 113]. The government has filed a response deferring to the court's discretion as to the amount the defendant's sentence might be reduced [Doc. 112]. The court also has received a modified presentence report from the United States Probation Office.

The defendant was sentenced by the Honorable James J. Jarvis on January 22, 1999, to 180 months imprisonment for conspiracy to distribute crack cocaine and for possession of a firearm by a convicted felon. This sentence was based on a guideline range of 151-188 months (base offense level 29 and a criminal history category VI). According to the Bureau of Prisons, the defendant is scheduled for release on January 21, 2012.

Under the retroactive amendment to the crack guidelines, the defendant's new guideline range is 140-175 months (base offense level 28 and a criminal history

category VI). Thus, a comparable sentence near the top of the of the guideline range would be 168 months.

It is hereby **ORDERED** that the defendant's motions [Docs. 105, 113] are **GRANTED**, and the defendant's sentence is reduced to 168 months. If this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a "time served" sentence. This Order shall take effect ten (10) days from its entry in order to give the Bureau of Prisons time to process the release of the defendant. Except as provided above, all provisions of the judgment dated January 22, 1999, shall remain in effect.

**ENTER:**

_____s/ Thomas W. Phillips_____
United States District Judge

-2-

COVER - SHEET

EXIBIT: II (Sentence Monitoring
Good Time Data-(Also Attach) Policy State
ment (Stating Plaintiff HOLMES Exhibit (1) Also (Circled)
Also Attach IS Sentence TABLE Guildlines Manual,

1) Sentence Monitoring Good Time Data-You Will See The First Earn 54 Start
Date 1-25 1998 Stop Date 1-24-1999 In The Year Of 1-25 **2002**, 1-24-2003
Earned 250 Next Year **Missed NO** Earn 55 But Earn Vest Still Agpin Shows
Earned 250, First Earn 358, 1-25 2003, 1-24-2006, In 1-25 2006, 1-24-2007
**MISSED** Still Shows Earn 358, But In The Year 1-25 2007, 2008 My
Earn Has Been Subtracted/Forfeited To **209** When **FACT OF PROOF**
(By The Policy Statement Sheet) Clearly Shows There **Shall** Be/Skew
Earn 358 Days All The Way **Down** Until (1) One Earn Day In Any Year After

2) Policy Statement Title Plaintiff HOLMES Exhibit (1)
**The Circled:** Explaine By B.O.R. That Once Awarded Any Of The 54
And I+ Vest **Earn** May/**NOT** Be **Forfeited**,

3) SENTENCE TABLE GUIDELINES MANUAL
Level 26 Triggers A+ **120-150** Then Apply 2 Level Reduction At Level
24 100-125 Under The Original Sentence At Level 29 151-188 Received 120
(3) **Three** Levels Higher **NOW** Sentence (4) Four Level Higher At Level 28
140-175 There's No S51 (**ENHANCEMENT**)

```
   LEWNV  542*22  *          SENTENCE MONITORING        *     02-24-2010
 PAGE 001 OF 001 *             GOOD TIME DATA           *     10:21:05
                              AS OF  02-24-2010


REGNO...: 16553-074    NAME: HOLMES, ADRIAN S
ARS 1...: LEW A-DES                                PLRA
COMPUTATION NUMBER..: 010              FUNC..: PRT   ACT DT:
LAST UPDATED:  DATE.: 02-09-2010       FACL..: DSC    CALC: AUTOMATIC
UNIT................: BREWER SMU       QUARTERS............: DO2-202U
DATE COMP BEGINS....: 01-22-1999       COMP STATUS.........: COMPLETE
TOTAL JAIL CREDIT...: 362              TOTAL INOP TIME.....: 0
CURRENT REL DT......: 06-03-2011 FRI   EXPIRES FULL TERM DT: 01-25-2012
PROJ SATISFACT DT...: 04-01-2011 FRI   PROJ SATISF METHOD..: GCT REL
ACTUAL SATISFACT DT.:                  ACTUAL SATISF METHOD:
DAYS REMAINING......:                  FINAL PUBLC LAW DAYS:
GED PART STATUS.....:                  DEPORT ORDER DATED..:

- - - - - - - - - - - - - - - - - - - -GOOD CONDUCT TIME AMOUNTS- - - - - - - - - - - - - - - - - - - - - - - -
```

|  START     STOP     | MAX | POSSIBLE TO |  ACTUAL TOTALS |       | VESTED  | VESTED |
|---------------------|-----|-------------|-----|----------|---------|--------|
|  DATE      DATE     | DIS |     FFT     | DIS |   FFT    | AMOUNT  |  DATE  |
| 01-25-1998 01-24-1999 | 54 |     54    |     |          |         |        |
| 01-25-1999 01-24-2000 | 54 |    108    |     |          |         |        |
| 01-25-2000 01-24-2001 | 54 |    149    |  13 |          |         |        |
| 01-25-2001 01-24-2002 | 54 |    203    |     |          |         |        |
| 01-25-2002 01-24-2003 | 54 |    250    |   7 |          |         |        |
| 01-25-2003 01-24-2004 | 54 |    250    |  55 |          |         |        |
| 01-25-2004 01-24-2005 | 54 |    304    |     |          |         |        |
| 01-25-2005 01-24-2006 | 54 |    358    |     |          |         |        |
| 01-25-2006 01-24-2007 | 54 |    358    | 147 |   149    |         |        |
| 01-25-2007 01-24-2008 | 54 |    209    |  82 |          |         |        |
| 01-25-2008 01-24-2009 | 54 |    236    |  27 |          |         |        |
| 01-25-2009 01-24-2010 | 54 |    236    |  55 |          |         |        |
| 01-25-2010 01-24-2011 | 54 |           |     |          |         |        |
| 01-25-2011 04-01-2011 |  9 |           |     |          |         |        |

```
     TOTAL EARNED AMOUNT.........................................:     236
     TOTAL EARNED AND PROJECTED AMOUNT...........................:     299
```

G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED

Plaintiffs HOLMES

*Federal Bureau of Prisons*
*Federal Correctional Institution II*
*Butner, North Carolina*
*Page 59*

The Comprehensive Crime Control Act became Law in November 1, 1987. The two most significant changes in the sentencing statutes deal with good time and parole issues. There are no provisions under the new law for parole. The only good time available will be 54 days per year good conduct time. This may not be awarded until the end of the year, and may be awarded in part or in whole, contingent upon behavior during the year. Once awarded, it is vested and may not be forfeited. There is no statutory good time or extra good time for people being sentenced for crimes committed after November 1, 1987.

## VCCLEA & PLRA SENTENCE INFORMATION:

As a result of the passage of the Violent Crime Control and Law Enforcement Act of 1994 (VCCLEA), and the Prison Litigation Reform Act (PLRA), the following information applies to inmates considered to be violent offenders.

VCCLEA applies to inmates with an offense date on or after September 13, 1994 but before April 26, 1996.

PLRA applies to inmates with an offense date on or after April 26, 1996.

PLRA sentences will be aggregated with other PLRA sentences but not with any other sentence. (Old law, SRA, VCCLEA)

Good Conduct Time (GCT), will not vest for a VCCLEA inmate when the inmate is in GED UNSAT status.

GCT will not vest for PLRA inmates until the end of their sentences and a PLRA inmate in GED UNSAT status on their anniversary date will only be awarded up to 42 days of GCT for each year he /she remains in UNSAT status.

GED UNSAT status will result if an inmate refuses to enroll in the literacy program, receives an incident report for conduct withing the literacy program, or withdraws from the literacy program.

Line 21

All inmates are required to remain in the literacy program until completion. Should an inmate drop out and re-enroll later, his status will remain GED UNSAT until he has completed an additional 240 hours of literacy programming.

Un-vested GCT will be available for forfeiture (as with old law inmates). The DHO may apply GCT disallowances and forfeitures as follows: For a GED UNSAT VCCLEA sentence and PLRA sentence, all GCT for the current year may be disallowed and for forfeited for all prior years not vested. For VCCLEA sentences that change from GED UNSAT to a non-GED UNSAT status, the DHO may disallow GCT for the current year but he may not forfeit for prior years.

VCCLEA inmates convicted of violent offenses and all PLRA inmates must demonstrate exemplary compliance with institution disciplinary regulations in order to earn GCT. In disciplinary proceedings for VCCLEA violent and PLRA inmates the DHO must:

▸ disallow at least 41 days of GCT for 100 level violations

▸ disallow at least 27 days of GCT for 200 level violations

▸ disallow at least 14 days of GCT for 300 level violations

▸ and ordinarily disallow 7 days on the third act of a 400 level

Exhibit (A).

## SENTENCING TABLE
### (in months of imprisonment)

| | Criminal History Category (Criminal History Points) | | | | | |
|---|---|---|---|---|---|---|
| **Offense Level** | **I** (0 or 1) | **II** (2 or 3) | **III** (4, 5, 6) | **IV** (7, 8, 9) | **V** (10, 11, 12) | **VI** (13 or more) |
| 1 | 0-6 | 0-6 | 0-6 | 0-6 | 0-6 | 0-6 |
| 2 | 0-6 | 0-6 | 0-6 | 0-6 | 0-6 | 1-7 |
| 3 | 0-6 | 0-6 | 0-6 | 0-6 | 2-8 | 3-9 |
| 4 | 0-6 | 0-6 | 0-6 | 2-8 | 4-10 | 6-12 |
| 5 | 0-6 | 0-6 | 1-7 | 4-10 | 6-12 | 9-15 |
| 6 | 0-6 | 1-7 | 2-8 | 6-12 | 9-15 | 12-18 |
| 7 | 0-6 | 2-8 | 4-10 | 8-14 | 12-18 | 15-21 |
| 8 | 0-6 | 4-10 | 6-12 | 10-16 | 15-21 | 18-24 |
| 9 | 4-10 | 6-12 | 8-14 | 12-18 | 18-24 | 21-27 |
| 10 | 6-12 | 8-14 | 10-16 | 15-21 | 21-27 | 24-30 |
| 11 | 8-14 | 10-16 | 12-18 | 18-24 | 24-30 | 27-33 |
| 12 | 10-16 | 12-18 | 15-21 | 21-27 | 27-33 | 30-37 |
| 13 | 12-18 | 15-21 | 18-24 | 24-30 | 30-37 | 33-41 |
| 14 | 15-21 | 18-24 | 21-27 | 27-33 | 33-41 | 37-46 |
| 15 | 18-24 | 21-27 | 24-30 | 30-37 | 37-46 | 41-51 |
| 16 | 21-27 | 24-30 | 27-33 | 33-41 | 41-51 | 46-57 |
| 17 | 24-30 | 27-33 | 30-37 | 37-46 | 46-57 | 51-63 |
| 18 | 27-33 | 30-37 | 33-41 | 41-51 | 51-63 | 57-71 |
| 19 | 30-37 | 33-41 | 37-46 | 46-57 | 57-71 | 63-78 |
| 20 | 33-41 | 37-46 | 41-51 | 51-63 | 63-78 | 70-87 |
| 21 | 37-46 | 41-51 | 46-57 | 57-71 | 70-87 | 77-96 |
| 22 | 41-51 | 46-57 | 51-63 | 63-78 | 77-96 | 84-105 |
| 23 | 46-57 | 51-63 | 57-71 | 70-87 | 84-105 | 92-115 |
| 24 | 51-63 | 57-71 | 63-78 | 77-96 | 92-115 | 100-125 |
| 25 | 57-71 | 63-78 | 70-87 | 84-105 | 100-125 | 110-137 |
| 26 | 63-78 | 70-87 | 78-97 | 92-115 | 110-137 | 120-150 |
| 27 | 70-87 | 78-97 | 87-108 | 100-125 | 120-150 | 130-162 |
| 28 | 78-97 | 87-108 | 97-121 | 110-137 | 130-162 | 140-175 |
| 29 | 87-108 | 97-121 | 108-135 | 121-151 | 140-175 | 151-188 |
| 30 | 97-121 | 108-135 | 121-151 | 135-168 | 151-188 | 168-210 |
| 31 | 108-135 | 121-151 | 135-168 | 151-188 | 168-210 | 188-235 |
| 32 | 121-151 | 135-168 | 151-188 | 168-210 | 188-235 | 210-262 |
| 33 | 135-168 | 151-188 | 168-210 | 188-235 | 210-262 | 235-293 |
| 34 | 151-188 | 168-210 | 188-235 | 210-262 | 235-293 | 262-327 |
| 35 | 168-210 | 188-235 | 210-262 | 235-293 | 262-327 | 292-365 |
| 36 | 188-235 | 210-262 | 235-293 | 262-327 | 292-365 | 324-405 |
| 37 | 210-262 | 235-293 | 262-327 | 292-365 | 324-405 | 360-life |
| 38 | 235-293 | 262-327 | 292-365 | 324-405 | 360-life | 360-life |
| 39 | 262-327 | 292-365 | 324-405 | 360-life | 360-life | 360-life |
| 40 | 292-365 | 324-405 | 360-life | 360-life | 360-life | 360-life |
| 41 | 324-405 | 360-life | 360-life | 360-life | 360-life | 360-life |
| 42 | 360-life | 360-life | 360-life | 360-life | 360-life | 360-life |
| 43 | life | life | life | life | life | life |

Zone A (Offense Levels 1–8)
Zone B (Offense Levels 9–11)
Zone C (Offense Levels 11–12)
Zone D (Offense Levels 13–43)

*Reduces* → 23
*Stand* → 24
*Triggers* → 26
(28)
(29)
30

November 1, 1995

COVER-SHEET

# EXIBIT: III (CONSIDERATION/RE-CONSIDERATION, Also, MEMORANDUM)

Even In Bad Faith Plaintiff HOLMES Release Was In April 1, 2011 Which The **Warden** B.A. Bledsoe Along With A.W. David Young. In the Year & Month Of 3-31-2010 & March 5, 2010 For The Year 2011, April 1, Under The Second Change Act Which Were Sign By Then President: George W. Bush Jr. Done My Work-Sheet - For That Took Take Place. (Means) There **No** Good Time To Be Taken· To **PROOF** Further-more Hiddious Acts Plaintiffs HOLMES Release Date Is **Now** June 4, 2011 An Subject To Change Again.



UNITED STATES GOVERNMENT

# MEMORANDUM

*United States Penitentiary*
*Lewisburg, Pennsylvania 17837*

---

## MEMORANDUM FOR B. A. BLEDSOE, WARDEN

FROM: Dave Brewer, Unit Three Manager

SUBJECT: **EXCLUSION FROM RESIDENTIAL REENTRY CENTER PLACEMENT**
RE: HOLMES, Adrian
Reg. No. 16553-074

THRU: David Young, AW(P)

The Unit Team has reviewed the above referenced inmate's case and is **not** recommending the inmate for participation in a Residential Reentry Center (RRC). This decision is based on the Unit Team's individual evaluation of inmate Holmes case in accordance with the Second Chance Act of 2007. Inmate Holmes, Adrian Reg. No. 16553-074, arrived at USP Lewisburg's Special Management Program on May 12, 2009, as a Special Management Unit program transfer from USP Florence. He has a projected release date of April 1, 2011, via Good Conduct Time release procedures.

**Comments:** Inmate Holmes is a High security level inmate being released from federal custody on April 1, 2011. Inmate Holmes has a current detainer lodged against him from the State of Tennessee for voluntary manslaughter.

Therefore, the Unit Team is recommending inmate Holmes not be afforded the opportunity to participate in a Residential Reentry Center.

Please advise if you concur with our recommendation.

---

David Young, AW(P)    ( Approved )    Disapproved

---

B. A. Bledsoe, Warden    ( Approved )    3.31.10    Disapproved

*If detainer is removed, please re-submit for RRC.*



**U.S. Departn    t of Justice**

Federal Bureau of Prisons

---

Date: March 5, 2010

## Residential Re-Entry Center Consideration/Re-Consideration**
(Choose Correct Review Type)

Inmate Name: **Holmes, Adrian**   Reg. No.: **16553-074**

Projected Release Date: **April 1, 2011**      Unit: **Brewer SMU**

Pursuant to the "Second Chance Act of 2007", the unit team is reviewing the above referenced inmate on an individual basis for Residential Re-Entry Center (RRC) placement. The following criteria was considered when making the RRC recommendation:

1. The resources of the facility contemplated;_____**N/A**___ _____
2. The nature and circumstances of the offense;_____**N/A**_____
3. The history and characteristics of the prisoner;_____**N/A**_____
4. Any statement of the court that imposed the sentence;
   (a) concerning the purposes for which the sentence to imprisonment was determined to be warranted; or (b) recommending a type of penal or correctional facility as appropriate; _____**N/A**_____ _____ _____
5. Any pertinent policy statement issued by the U.S. Sentencing Commission._____**N/A**_
6. Whether the inmate completed (a) Inmate Skills Development programming;___**N/A**_
   (b) non-residential Drug Abuse Treatment Program (DAP)_____
   (c) Residential Drug Abuse Treatment Program (RDAP)_____

As a component of the above factors, Unit Team has considered the inmate's need for services, public safety and the necessity of the Bureau to manage its inmate population, as outlined in Program Statement 7310.04, Community Corrections Center Utilization and Transfer Procedure.

As a result of the Unit Teams review of the aforementioned criteria we recommend a RRC placement of: **NONE**. This placement recommendation is of sufficient duration to provide the greatest likelihood of successful reintegration into the community.

Comments **Inmate Holmes has a current detainers lodged against him from the State of Tennessee for Voluntary Manslaughter.**

Approved by: **Dave Brewer/**         Date:_____3)5)10_____         Unit Manager
Printed Name/Signature

**Reconsiderations must be noted on Inmate Activity Record
File: Inmate Central File Section 5

# COVER-SHEET

# EXIBIT: IIII (MOTION FOR SUMMARY JUDGMENT: At Exibit (A) Release Date)

Will Show, And Refect That The Defendants' Even As Of then Proof That I Had A Schedual Release, In April 1, 2011 (That, That Was Bogus) An By (Me) Plaintiff HOLMES, Incarcerated Today, Proves, Shows, Violation ← A HOSTAGE.

PJS:MAS:jmh

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ADRIAN S. HOLMES,** | : | **NO. 4:CV-10-1043** |
| **Plaintiff** | : | |
| | : | **(McClure, J.)** |
| **v.** | : | |
| | : | |
| **WARDEN BLEDSOE, et al.** | : | |
| **Defendants** | : | **Filed Electronically** |

### EXHIBITS IN SUPPORT OF DEFENDANTS'
### STATEMENT OF MATERIAL FACTS
### IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

PETER J. SMITH
United States Attorney

Date: August 17, 2010

s/ Melissa A. Swauger
MELISSA A. SWAUGER
Assistant U.S. Attorney
Attorney I.D. No. PA82382
JOANNE M. HOFFMAN
Paralegal Specialist
228 Walnut Street, 2nd Floor
P.O. Box 11754
Harrisburg, PA 17108-1754
Phone: (717) 221-4482
Facsimile: (717) 221-2246

# INDEX

Declaration of Michael S. Romano.................................  Ex. 1

**EXHIBIT 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADRIAN S. HOLMES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:10-cv-1043 |
| | ) | |
| WARDEN BLEDSOE, ET AL, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DECLARATION OF MICHAEL S. ROMANO

1.     I am currently employed by the Federal Bureau of Prisons (hereafter "BOP"), and

assigned to the United States Penitentiary, Lewisburg, PA(hereafter "USP Lewisburgt"). I began

employment with the BOP in 1991 as a Correctional Officer and was in that capacity through 2000.

I returned to the Bureau of Prisons in May, 2006, as an Attorney Advisor. I remain in the capacity

of Attorney Advisor assigned to USP Lewisburg. As a part of my duties and responsibilities, I have

access to inmates' records, electronic data maintained on the BOP's SENTRY computer system,

Administrative Remedy data, BOP Program Statements, and PACER. I certify that the Attachments

referenced herein are true and accurate to the best of my knowledge. I make this declaration in

support of defendant's response to Plaintiff's Motion in Opposition to Motion to Dismiss or in the

Alternative, Motion for Summary Judgment.

2.     The Prison Litigation Reform Act requires inmates to fully exhaust their available

administrative remedies before seeking relief in cases involving prison conditions.

42 U.S.C. § 1997 e(a).  The BOP has promulgated an administrative remedy system which is

codified in 28 C.F.R. §§ 542.10, et seq., and BOP Program Statement 1330.16, Administrative

Remedy Program. The administrative remedy process is a method by which an inmate may seek

formal review of a complaint related to any aspect of his imprisonment. 28 C.F.R. § 542.10. To

exhaust his remedies, an inmate must file an administrative remedy with the Warden, Regional

Director, and General Counsel. The inmate is required to first address his complaint to the Warden

within 20 calendar days following the date on which the basis for the request occurred.

28 C.F.R. § 542.14. If the inmate is dissatisfied with the Warden's response, he may appeal to the

Regional Director within 20 calendar days of the date the Warden signed the response.

28 C.F.R. § 542.15. If dissatisfied with the Regional Director's response, the inmate may appeal

to the General Counsel within 30 calendar days of the date the Regional Director signed the

response. 28 C.F.R. § 542.15. Once an inmate receives a response to his appeal from the General

Counsel after filing administrative remedies at all three levels, his administrative remedies are

exhausted as to the specific issue raised. The inmate may then file a civil action if he is dissatisfied

with the General Counsel's response, and has completed the administrative remedy process at all

three required levels. **See BOP Program Statement 1330.16, available for review at**

**www.bop.gov.**

3.    All codified BOP Program Statements are available for inmate access via

the institution law library, including BOP Program Statement 1330.16, Administrative Remedy

Procedures for Inmates.

4.    The Plaintiff in this action is The Plaintiff is a federal inmate currently confined in

the United States Penitentiary, Lewisburg, Pennsylvania (USP Lewisburg). The Plaintiff is currently

serving a sentence of 168 months term of imprisonment for possession of cocaine base and felon in

possession of a firearm. His sentence was imposed by the United States District Court, Eastern

District of Tennessee. He has a projected release date of April 1, 2011.

**See Attachment A, Public Information Inmate Data.**

5. The Plaintiff filed the instant matter with the court on May 14, 2010. Plaintiff represented to the court that he attempted to exhaust the Administrative Remedy process as to the issue raised in his Complaint. A review of the Sentry data base reveals Plaintiff has filed 23 administrative remedies. He completed the process with in one remedy which was unrelated to the issue raised in this Complaint. Records reveal Plaintiff attempted to file a remedy directly with Central Office on May 11, 2010 (Remedy No. 592904-A1). The allegation was that staff abused their authority and tried to kill/assault him. The remedy was rejected for filing at the wrong level.

**See Attachment B, Administrative Remedy Generalized Retrieval.**

6. Therefore, he did not properly exhaust on the issues raised in Plaintiff's complaint.

7. Records indicate on March 1, 2010, Defendant Trate (Captain) was made aware of the disruptive behavior and threats against staff made by the Plaintiff and his cellmate by the shift lieutenant. Defendant Trate requested authorization from Defendant Bledsoe (Warden) to assemble a Use of Force Team to gain control of the inmates. Warden Blesoe authorized the assembly and use of a Use of Force Team. The Plaintiff and his cell mate were initially responsive to the confrontation avoidance procedures and submitted to restraints. When removed from the cell the Plaintiff resisted and had to be placed against the wall to regain control of him. Plaintiff was medically assessed following the incident. **See Attachment C, Form 583, Report of Incident, dated March 1, 2010.**

I declare under penalty of perjury pursuant to 28, United States Code, Section 1746, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this ___6th___ day of July, 2010.

Michael S. Romano
Attorney Advisor
USP Lewisburg

**Attachment A**

```
    LEW17          *              PUBLIC INFORMATION        *       06-08-2010
    PAGE 001       *                  INMATE DATA           *       13:55:52
                                    AS OF 06-08-2010

REGNO..: 16553-074 NAME: HOLMES, ADRIAN S

                         RESP OF: LEW
                         PHONE..: 570-523-1251    FAX: 570-522-7745
                                                  RACE/SEX...: BLACK / MALE
                                                  AGE: 34
PROJ REL MT: GOOD CONDUCT TIME RELEASE            PAR ELIG DT: N/A
PROJ REL DT: 04-01-2011                           PAR HEAR DT:
```

```
G0002        MORE PAGES TO FOLLOW . . .
```

```
     LEW17          *        PUBLIC INFORMATION        *    06-08-2010
     PAGE 002        *           INMATE DATA           *    13:55:52
                               AS OF 06-08-2010
```

REGNO..: 16553-074 NAME: HOLMES, ADRIAN S

```
                    RESP OF: LEW
                    PHONE..: 570-523-1251    FAX: 570-522-7745
     HOME DETENTION ELIGIBILITY DATE: 10-01-2010
```

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  04-01-2011 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 ----------------------

```
COURT OF JURISDICTION...........: TENNESSEE, EASTERN DISTRICT
DOCKET NUMBER...................: 3:98CR00006-001
JUDGE...........................: JARVIS
DATE SENTENCED/PROBATION IMPOSED: 01-22-1999
DATE COMMITTED..................: 03-19-1999
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO
```

|  | FELONY ASSESS | MISDMNR ASSESS | FINES | COSTS |
|---|---|---|---|---|
| NON-COMMITTED.: | $200.00 | $00.00 | $00.00 | $00.00 |

RESTITUTION...: PROPERTY: NO SERVICES: NO     AMOUNT: $00.00

----------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....: 391
OFF/CHG: 21:841(A)(1) & (B)(1)(B)-POSS WITD COCAINE BASE,18:922(G)(1)-
          FELON POSS FIREARM

```
SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.:  180 MONTHS
TERM OF SUPERVISION............:  8 YEARS
NEW SENTENCE IMPOSED...........:  168 MONTHS
BASIS FOR CHANGE...............: USSG CCOCAINE DCSN 12-11-2007
DATE OF OFFENSE................: 01-13-1998
```

G0002        MORE PAGES TO FOLLOW . . .

```
   LEW17        *          PUBLIC INFORMATION        *    06-08-2010
PAGE 003 OF 003 *           INMATE DATA              *    13:55:52
                          AS OF 06-08-2010
```

REGNO..: 16553-074 NAME: HOLMES, ADRIAN S

```
                 RESP OF: LEW
                 PHONE..: 570-523-1251   FAX: 570-522-7745
-------------------------CURRENT COMPUTATION NO: 010 --------------------------
```

COMPUTATION 010 WAS LAST UPDATED ON 02-09-2010 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 12-14-2009 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

```
DATE COMPUTATION BEGAN..........: 01-22-1999
TOTAL TERM IN EFFECT............:   168 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    14 YEARS
EARLIEST DATE OF OFFENSE........: 01-13-1998

JAIL CREDIT.....................:   FROM DATE      THRU DATE
                                    01-13-1998     01-13-1998
                                    01-26-1998     01-21-1999

TOTAL PRIOR CREDIT TIME.........: 362
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 299
TOTAL GCT EARNED................: 236
STATUTORY RELEASE DATE PROJECTED: 04-01-2011
EXPIRATION FULL TERM DATE.......: 01-25-2012


PROJECTED SATISFACTION DATE.....: 04-01-2011
PROJECTED SATISFACTION METHOD...: GCT REL
```

S0055      NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE

**Attachment B**

```
  LEW17          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *        06-08-2010
  PAGE 001 OF                                                          13:56:07
      FUNCTION: L-P SCOPE: REG    EQ 16553-074    OUTPUT FORMAT: FULL
  ------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM _____ THRU _____    DT STS: FROM _____      THRU _____
DT STS: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT RDU
DT TDU: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: _____ _____ _____ _____ _____ _____ _____ _____
EXTENDED: _ REMEDY LEVEL: _ _            RECEIPT: _ _ _  "OR" EXTENSION: _ _ _
RCV  OFC : EQ ____       _____                _____
TRACK:  DEPT: _____   _____   _____   _____   _____   _____
       PERSON: ____     _____   _____   _____   _____   _____
         TYPE: ____     _____   _____   _____   _____   _____
EVNT FACL: EQ ____       _____   _____   _____   _____   _____
RCV FACL.: EQ ____       _____   _____   _____   _____   _____
RCV UN/LC: EQ _____    _____   _____   _____   _____   _____
RCV QTR..: EQ _____    _____   _____   _____   _____   _____
ORIG FACL: EQ ____       _____   _____   _____   _____   _____
ORG UN/LC: EQ _____    _____   _____   _____   _____   _____
ORIG QTR.: EQ _____    _____   _____   _____   _____   _____
```

G0002        MORE PAGES TO FOLLOW . . . .

```
    LEW17          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-08-2010
    PAGE 002 OF      *               FULL SCREEN FORMAT              *      13:56:07

  REGNO: 16553-074 NAME: HOLMES, ADRIAN
  RSP OF...: LEW UNT/LOC/DST: BREWER SMU            QTR.: D01-115L   RCV OFC: LVN
  REMEDY ID: 206551-F1        SUB1: 21AM SUB2:      DATE RCV:   02-24-2000
  UNT RCV..: BL               QTR RCV.: B03-247U    FACL RCV: LVN
  UNT ORG..: BL               QTR ORG.: B03-247U    FACL ORG: LVN
  EVT FACL.: LVN      ACC LEV:  LVN  1                RESP DUE:   TUE  04-04-2000
  ABSTRACT.: WOULD LIKE INCIDENT REPORT EXPUNGED (PHONE)
  STATUS DT: 03-24-2000  STATUS CODE: CLD STATUS REASON: DNY
  INCRPTNO.: 751873     RCT: P EXT: P DATE ENTD: 02-24-2000
  REMARKS..:



  REGNO: 16553-074 NAME: HOLMES, ADRIAN
  RSP OF...: LEW UNT/LOC/DST: BREWER SMU            QTR.: D01-115L   RCV OFC: THP
  REMEDY ID: 397810-F1        SUB1: 33ZM SUB2:      DATE RCV:   12-13-2005
  UNT RCV..: A/F              QTR RCV.: F02-228L    FACL RCV: THP
  UNT ORG..: A/F              QTR ORG.: F02-228L    FACL ORG: THP
  EVT FACL.: THP      ACC LEV:  THP  1 NCR  1         RESP DUE:   MON  01-02-2006
  ABSTRACT.: INMATE WANTS A COPY OF HIS PSI.
  STATUS DT: 12-29-2005  STATUS CODE: CLD STATUS REASON: DNY
  INCRPTNO.:            RCT: P EXT:   DATE ENTD: 12-13-2005
  REMARKS..:
```

```
  G0002        MORE PAGES TO FOLLOW . . .
```

```
    LEW17            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-08-2010
    PAGE 003 OF      *              FULL SCREEN FORMAT               *      13:56:07


REGNO: 16553-074 NAME: HOLMES, ADRIAN
RSP OF...: LEW UNT/LOC/DST: BREWER SMU             QTR.: D01-115L   RCV OFC: NCR
REMEDY ID: 397810-R1        SUB1: 33ZM SUB2:       DATE RCV:   01-17-2006
UNT RCV..: A/F              QTR RCV.: F02-228L      FACL RCV: THP
UNT ORG..: A/F              QTR ORG.: F02-228L      FACL ORG: THP
EVT FACL.: THP     ACC LEV:  THP  1 NCR  1              RESP DUE:   THU 02-16-2006
ABSTRACT.: INMATE WANTS A COPY OF HIS PSI.
STATUS DT: 02-07-2006   STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT:   DATE ENTD: 01-24-2006
REMARKS..:




REGNO: 16553-074 NAME: HOLMES, ADRIAN
RSP OF...: LEW UNT/LOC/DST: BREWER SMU             QTR.: D01-115L   RCV OFC: THP
REMEDY ID: 464054-F1        SUB1: 14AM SUB2:       DATE RCV:   08-24-2007
UNT RCV..: A/F              QTR RCV.: F02-216U      FACL RCV: THP
UNT ORG..: A/F              QTR ORG.: F02-216U      FACL ORG: THP
EVT FACL.: THP     ACC LEV:  THP  1                     RESP DUE:   THU 09-13-2007
ABSTRACT.: COMPLAINING ABOUT PLACEMENT IN THE HOOSIER PROGRAM.
STATUS DT: 09-20-2007  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT:   DATE ENTD: 08-24-2007
REMARKS..:
```

```
   LEW17          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-08-2010
   PAGE 004 OF  .   *            FULL SCREEN FORMAT              *      13:56:07


REGNO: 16553-074 NAME: HOLMES, ADRIAN
RSP OF...: LEW UNT/LOC/DST: BREWER SMU          QTR.: D01-115L   RCV OFC: NCR
REMEDY ID: 464258-R1        SUB1: 20DS SUB2:    DATE RCV:   08-24-2007
UNT RCV..: A/F              QTR RCV.: F02-216U  FACL RCV: THP
UNT ORG..: A/F              QTR ORG.: F02-216U  FACL ORG: THP
EVT FACL.: THP    ACC LEV:                         RESP DUE:
ABSTRACT.: DHO APPEAL
STATUS DT: 08-24-2007  STATUS CODE: REJ STATUS REASON: DHO RSA
INCRPTNO.:            RCT:    EXT:   DATE ENTD: 08-27-2007
REMARKS..:




REGNO: 16553-074 NAME: HOLMES, ADRIAN
RSP OF...: LEW UNT/LOC/DST: BREWER SMU          QTR.: D01-115L   RCV OFC: NCR
REMEDY ID: 464933-R1        SUB1: 20DM SUB2:    DATE RCV:   08-30-2007
UNT RCV..: A/F              QTR RCV.: Z01-001L  FACL RCV: THP
UNT ORG..: A/F              QTR ORG.: Z01-001L  FACL ORG: THP
EVT FACL.: THP    ACC LEV:                         RESP DUE:
ABSTRACT.: DHO APPEAL
STATUS DT: 08-30-2007  STATUS CODE: REJ STATUS REASON: DHO RSA
INCRPTNO.:            RCT:    EXT:   DATE ENTD: 08-30-2007
REMARKS..:
```

```
   G0002        MORE PAGES TO FOLLOW . . .
```

```
   LEW17          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     06-08-2010
   PAGE 005 OF      *           FULL SCREEN FORMAT           *       13:56:07


REGNO: 16553-074 NAME: HOLMES, ADRIAN
RSP OF...: LEW UNT/LOC/DST: BREWER SMU          QTR.: D01-115L    RCV OFC: NCR
REMEDY ID: 471833-R1       SUB1: 20DM SUB2:     DATE RCV:   11-01-2007
UNT RCV..: A/F            QTR RCV.: Z03-207L     FACL RCV: THP
UNT ORG..: A/F            QTR ORG.: Z03-207L     FACL ORG: THP
EVT FACL.: THP    ACC LEV:                          RESP DUE:
ABSTRACT.: DHO APPEAL
STATUS DT: 11-01-2007  STATUS CODE: REJ STATUS REASON: FRM RSA
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 11-01-2007
REMARKS..:



REGNO: 16553-074 NAME: HOLMES, ADRIAN
RSP OF...: LEW UNT/LOC/DST: BREWER SMU          QTR.: D01-115L    RCV OFC: BSY
REMEDY ID: 490592-F1       SUB1: 21AS SUB2:     DATE RCV:   04-21-2008
UNT RCV..: A UNIT         QTR RCV.: C02-210L     FACL RCV: BSY
UNT ORG..: A UNIT         QTR ORG.: C02-210L     FACL ORG: BSY
EVT FACL.: BSY    ACC LEV:                          RESP DUE:
ABSTRACT.: UDC APPEAL
STATUS DT: 04-22-2008  STATUS CODE: VOD STATUS REASON:
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 04-21-2008
REMARKS..: ACCEPTED IN ERROR
```

```
     LEW17         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-08-2010
     PAGE 006 OF    *              FULL SCREEN FORMAT              *      13:56:07


REGNO: 16553-074 NAME: HOLMES, ADRIAN
RSP OF...: LEW UNT/LOC/DST: BREWER SMU          QTR.: D01-115L   RCV OFC: BSY
REMEDY ID: 490592-F2        SUB1: 21AS SUB2:    DATE RCV:   04-21-2008
UNT RCV..: A UNIT        QTR RCV.: C02-210L      FACL RCV: BSY
UNT ORG..: A UNIT        QTR ORG.: C02-210L      FACL ORG: BSY
EVT FACL.: BSY    ACC LEV:                        RESP DUE:
ABSTRACT.: UDC APPEAL
STATUS DT: 04-22-2008  STATUS CODE: REJ STATUS REASON: INF
INCRPTNO.: 1709563   RCT:   EXT:   DATE ENTD: 04-22-2008
REMARKS..:



REGNO: 16553-074 NAME: HOLMES, ADRIAN
RSP OF...: LEW UNT/LOC/DST: BREWER SMU          QTR.: D01-115L   RCV OFC: BTF
REMEDY ID: 505731-F1        SUB1: 10ZM SUB2:    DATE RCV:   08-25-2008
UNT RCV..: M UNIT        QTR RCV.: Z01-253L      FACL RCV: BTF
UNT ORG..: M UNIT        QTR ORG.: Z01-253L      FACL ORG: BTF
EVT FACL.: BTF    ACC LEV:                        RESP DUE:
ABSTRACT.: DOES NOT WANT TO GO TO FLORENCE
STATUS DT: 08-25-2008  STATUS CODE: REJ STATUS REASON: INF
INCRPTNO.:          RCT:   EXT:   DATE ENTD: 08-25-2008
REMARKS..:



G0002        MORE PAGES TO FOLLOW . . .
```

```
   LEW17           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-08-2010
   PAGE 007 OF     *              FULL SCREEN FORMAT                *      13:56:07

REGNO: 16553-074 NAME: HOLMES, ADRIAN
RSP OF...: LEW UNT/LOC/DST: BREWER SMU          QTR.: D01-115L   RCV OFC: NCR
REMEDY ID: 521997-R1        SUB1: 34AS SUB2:    DATE RCV:   01-08-2009
UNT RCV..: E          QTR RCV.: Z02-205L        FACL RCV: FLP
UNT ORG..: E          QTR ORG.: Z02-205L        FACL ORG: FLP
EVT FACL.: FLP    ACC LEV:                          RESP DUE:
ABSTRACT.: STAFF MISCONDUCT
STATUS DT: 01-08-2009  STATUS CODE: REJ STATUS REASON: INS SEN
INCRPTNO.:              RCT:   EXT:   DATE ENTD: 01-09-2009
REMARKS..:



REGNO: 16553-074 NAME: HOLMES, ADRIAN
RSP OF...: LEW UNT/LOC/DST: BREWER SMU          QTR.: D01-115L   RCV OFC: FLP
REMEDY ID: 522431-F1        SUB1: 34AS SUB2:    DATE RCV:   01-13-2009
UNT RCV..: E          QTR RCV.: Z02-205L        FACL RCV: FLP
UNT ORG..: E          QTR ORG.: Z02-205L        FACL ORG: FLP
EVT FACL.: FLP    ACC LEV:                          RESP DUE:
ABSTRACT.: STAFF MISCONDUCT
STATUS DT: 01-13-2009  STATUS CODE: REJ STATUS REASON: CON MSI RSF
INCRPTNO.:              RCT:   EXT:   DATE ENTD: 01-13-2009
REMARKS..:
```

```
G0002        MORE PAGES TO FOLLOW . . .
```

```
LEW17              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-08-2010
PAGE 008 OF          *            FULL SCREEN FORMAT              *      13:56:07


REGNO: 16553-074 NAME: HOLMES, ADRIAN
RSP OF...: LEW UNT/LOC/DST: BREWER SMU          QTR.: D01-115L    RCV OFC: FLP
REMEDY ID: 525672-F1        SUB1: 24AM SUB2:    DATE RCV:   02-09-2009
UNT RCV..: E                QTR RCV.: Z03-100L  FACL RCV: FLP
UNT ORG..: E                QTR ORG.: Z03-100L  FACL ORG: FLP
EVT FACL.: FLP   ACC LEV:  FLP  1                    RESP DUE:  SUN  03-01-2009
ABSTRACT.: COMPLAINTS ABOUT WHO HELD THE UDC HEARING
STATUS DT: 02-27-2009  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:               RCT: P EXT:   DATE ENTD: 02-09-2009
REMARKS..:



REGNO: 16553-074 NAME: HOLMES, ADRIAN
RSP OF...: LEW UNT/LOC/DST: BREWER SMU          QTR.: D01-115L    RCV OFC: FLP
REMEDY ID: 525884-F1        SUB1: 24AS SUB2:    DATE RCV:   02-11-2009
UNT RCV..: E                QTR RCV.: Z03-100L  FACL RCV: FLP
UNT ORG..: E                QTR ORG.: Z03-100L  FACL ORG: FLP
EVT FACL.: FLP   ACC LEV:  FLP  1                    RESP DUE:  TUE  03-03-2009
ABSTRACT.: COMPLAINTS ABOUT RECEIVING SUGAR SUBSTITUTE
STATUS DT: 04-10-2009  STATUS CODE: CLO STATUS REASON: OTH
INCRPTNO.:               RCT: P EXT:   DATE ENTD: 02-11-2009
REMARKS..: 525884-F1 WAS MISPLACED AND CONSIDERED DENIED IN
           ACCORDANCE WITH THE PROGRAM STATEMENT.
```

G0002      MORE PAGES TO FOLLOW . . .

```
   LEW17              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *        06-08-2010
   PAGE 009 OF     *                FULL SCREEN FORMAT                 *     13:56:07


REGNO: 16553-074 NAME: HOLMES, ADRIAN
RSP OF...: LEW UNT/LOC/DST: BREWER SMU           QTR.: D01-115L   RCV OFC: FLP
REMEDY ID: 529215-F1        SUB1: 33HS SUB2:     DATE RCV:   03-09-2009
UNT RCV..: E                QTR RCV.: Z03-100L   FACL RCV: FLP
UNT ORG..: E                QTR ORG.: Z03-100L   FACL ORG: FLP
EVT FACL.: FLP      ACC LEV: FLP  1                   RESP DUE:  SUN  03-29-2009
ABSTRACT.: REQUESTING PROGRAM STATEMENT FOR BP-9
STATUS DT: 03-18-2009  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:             RCT: P EXT:   DATE ENTD: 03-09-2009
REMARKS..:



REGNO: 16553-074 NAME: HOLMES, ADRIAN
RSP OF...: LEW UNT/LOC/DST: BREWER SMU           QTR.: D01-115L   RCV OFC: NCR
REMEDY ID: 535728-R1        SUB1: 10ZS SUB2: 20DS DATE RCV:   04-17-2009
UNT RCV..: E                QTR RCV.: Z03-137LDS  FACL RCV: FLP
UNT ORG..: E                QTR ORG.: Z03-137LDS  FACL ORG: FLP
EVT FACL.: FLP      ACC LEV:                          RESP DUE:
ABSTRACT.: OTHER TRANSFER
STATUS DT: 04-17-2009  STATUS CODE: REJ STATUS REASON: MLT MSI INF INS DHO
INCRPTNO.:             RCT: EXT:   DATE ENTD: 04-23-2009
REMARKS..:
```

```
   G0002        MORE PAGES TO FOLLOW . . .
```

```
   LEW17          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-08-2010
PAGE 010 OF        *              FULL SCREEN FORMAT             *      13:56:07


REGNO: 16553-074 NAME: HOLMES, ADRIAN
RSP OF...: LEW UNT/LOC/DST: BREWER SMU            QTR.: D01-115L   RCV OFC: BOP
REMEDY ID: 540286-A1       SUB1: 15IS SUB2:       DATE RCV:   05-12-2009
UNT RCV..: BREWER SMU     QTR RCV.: Z05-113LAD    FACL RCV: LEW
UNT ORG..: BREWER SMU     QTR ORG.: Z05-113LAD    FACL ORG: LEW
EVT FACL.: LEW     ACC LEV: BOP  3               RESP DUE:
ABSTRACT.: APPEALING PLACEMENT IN SMU PROGRAM
STATUS DT: 05-27-2009  STATUS CODE: REJ STATUS REASON: OTH ONE CPG RSA
INCRPTNO.:            RCT:   EXT:   DATE ENTD: 05-27-2009
REMARKS..: EACH PAGE OF THE BP-11 MUST BE LEGIBLE.  CONSIDER
           WRITING ON EACH PAGE WITH THE SAME WORDING.


REGNO: 16553-074 NAME: HOLMES, ADRIAN
RSP OF...: LEW UNT/LOC/DST: BREWER SMU            QTR.: D01-115L   RCV OFC: BOP
REMEDY ID: 540286-A2       SUB1: 15IS SUB2:       DATE RCV:   06-22-2009
UNT RCV..: BREWER SMU     QTR RCV.: Z07-218LAD    FACL RCV: LEW
UNT ORG..: BREWER SMU     QTR ORG.: Z05-113LAD    FACL ORG: LEW
EVT FACL.: LEW     ACC LEV: BOP  3               RESP DUE:
ABSTRACT.: APPEALING PLACEMENT IN SMU PROGRAM
STATUS DT: 07-08-2009  STATUS CODE: REJ STATUS REASON: OTH RSA
INCRPTNO.:            RCT:   EXT:   DATE ENTD: 07-08-2009
REMARKS..: ALL FOUR PAGES OF THE BP-11 MUST BE LEGIBLE.
           CONSIDER WRITING ON EACH PAGE WITHT THE SAME
           WORDING.
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
   LEW17          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-08-2010
   PAGE 011 OF      *            FULL SCREEN FORMAT              *      13:56:07


REGNO: 16553-074 NAME: HOLMES, ADRIAN
RSP OF...: LEW UNT/LOC/DST: BREWER SMU           QTR.: D01-115L   RCV OFC: BOP
REMEDY ID: 540286-A3      SUB1: 15IS SUB2:       DATE RCV:   08-03-2009
UNT RCV..: BREWER SMU    QTR RCV.: Z07-220LAD    FACL RCV: LEW
UNT ORG..: BREWER SMU    QTR ORG.: Z05-113LAD    FACL ORG: LEW
EVT FACL.: LEW     ACC LEV: BOP  3                RESP DUE:  FRI  10-02-2009
ABSTRACT.: APPEALS PLACEMENT IN SMU PROGRAM
STATUS DT: 12-22-2009  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 09-04-2009
REMARKS..:



REGNO: 16553-074 NAME: HOLMES, ADRIAN
RSP OF...: LEW UNT/LOC/DST: BREWER SMU           QTR.: D01-115L   RCV OFC: LEW
REMEDY ID: 559703-F1      SUB1: 32DS SUB2:       DATE RCV:   10-08-2009
UNT RCV..: CHLDRS SMU    QTR RCV.: E01-109U      FACL RCV: LEW
UNT ORG..: CHLDRS SMU    QTR ORG.: E01-109U      FACL ORG: LEW
EVT FACL.: LEW     ACC LEV: LEW  1                RESP DUE:  WED  10-28-2009
ABSTRACT.: WANTS COPY OF PSI
STATUS DT: 10-15-2009  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT:   DATE ENTD: 10-08-2009
REMARKS..:


                   CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
   DATE DUE          DEPARTMENT   TO    DATE ASSN    TRK TYPE   DATE RETURNED
   THU 10-15-2009    UNIT 2       DC    10-08-2009   INV        10-08-2009
   MON 10-19-2009    AWP          CM    10-09-2009   INV        10-13-2009
   WED 10-21-2009    EXEC ASST    SF    10-13-2009   INV        10-14-2009
   FRI 10-23-2009    CEO          BB    10-14-2009   SIG        10-15-2009
```

```
   LEW17           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *        06-08-2010
   PAGE 012 OF      *              FULL SCREEN FORMAT              *        13:56:07


   REGNO: 16553-074 NAME: HOLMES, ADRIAN
   RSP OF..: LEW UNT/LOC/DST: BREWER SMU            QTR.: D01-115L   RCV OFC: NER
   REMEDY ID: 589319-R1       SUB1: 34AM SUB2:      DATE RCV:   05-07-2010
   UNT RCV..: BREWER SMU      QTR RCV.: E02-205U    FACL RCV: LEW
   UNT ORG..: BREWER SMU      QTR ORG.: E02-205U    FACL ORG: LEW
   EVT FACL.: LEW    ACC LEV:                         RESP DUE:
   ABSTRACT.: STAFF COMPLAINT
   STATUS DT: 05-10-2010   STATUS CODE: REJ STATUS REASON: INS SEN
   INCRPTNO.:            RCT:    EXT:   DATE ENTD: 05-10-2010
   REMARKS..:



   REGNO: 16553-074 NAME: HOLMES, ADRIAN
   RSP OF..: LEW UNT/LOC/DST: BREWER SMU            QTR.: D01-115L   RCV OFC: BOP
   REMEDY ID: 592904-A1       SUB1: 34DM SUB2: 33HS DATE RCV:   05-11-2010
   UNT RCV..: CHLDRS SMU      QTR RCV.: E02-205U    FACL RCV: LEW
   UNT ORG..: CHLDRS SMU      QTR ORG.: E02-205U    FACL ORG: LEW
   EVT FACL.: LEW    ACC LEV:                         RESP DUE:
   ABSTRACT.: ABUSE OF AUTHORITY/TRYING TO KILL HIM/ASSAULTED
   STATUS DT: 05-11-2010   STATUS CODE: REJ STATUS REASON: WRL INS
   INCRPTNO.:            RCT:    EXT:   DATE ENTD: 06-05-2010
   REMARKS..:
```

```
   G0002        MORE PAGES TO FOLLOW . . .
```

```
   LEW17          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-08-2010
   PAGE 013 OF 013 *              FULL SCREEN FORMAT            *      13:56:07


   REGNO: 16553-074 NAME: HOLMES, ADRIAN
   RSP OF...: LEW UNT/LOC/DST: BREWER SMU           QTR.: D01-115L    RCV OFC: LEW
   REMEDY ID: 591754-F1 .       SUB1: 34AS SUB2:    DATE RCV:   05-27-2010
   UNT RCV..: CHLDRS SMU    QTR RCV.: E03-307L       FACL RCV: LEW
   UNT ORG..: CHLDRS SMU    QTR ORG.: E03-307L       FACL ORG: LEW
   EVT FACL.: LEW     ACC LEV:                           RESP DUE:
   ABSTRACT.: CLAIMS STAFF MISCONDUCT/STAFF WRITING INCIDENT RPTS.
   STATUS DT: 05-27-2010  STATUS CODE: REJ STATUS REASON: INF RSF
   INCRPTNO.:              RCT:   EXT:   DATE ENTD: 05-27-2010
   REMARKS..:
```

**Attachment C**

# Form 583 Report of Incident

**Incident #:** LEW-10-0249      **Submitted By:** B. A. Bledsoe, Warden      **Date/Time Of Incident:** 3/1/2010 2:48 PM

## Section 1: General Information

**FBI Notified:** No      **USMS Notified:** No      **Incident Location:** Housing Unit, Secured

**Indicate Where Incident Occurred:** Main Facility

**Type Of Incident**

- ☐ Assault On Inmate
- ☐ Assault On Staff
- ☐ Assault, Attempted On Inmate
- ☐ Assault, Attempted On Staff
- ☑ Disruptive Behavior
- ☐ Escape From Non-secure Facility
- ☐ Escape From Secure Facility
- ☐ Escape, Attempted From Non-secure Facility
- ☐ Escape, Attempted From Secure Facility
- ☐ Fight
- ☐ Inmate Death
- ☐ Institution Disturbance
- ☐ Introduction Of Contraband
- ☐ Lethal Weapons Discharge
- ☐ Self Mutilation
- ☐ Setting A Fire
- ☐ Sexual Act, Non-consensual On Inmate
- ☐ Sexual Assault On Staff
- ☐ Sexual Contact, Abusive On Inmate
- ☐ Staff Homicide
- ☐ Strike, Food
- ☐ Strike, Work
- ☐ Suicide Attempt
- ☐ Use Of Force
- ☑ Use Of Force/Applications Of Restraints
- ☐ Use Of Restraints, Pregnant Inmate

**Institution Locked Down:** No

**Cause Of Incident Known?** No

**Cause Of Incident**

- ☐ Alcohol
- ☐ Commissary
- ☐ Debts
- ☐ Disrespect Issue
- ☐ Drugs
- ☐ Ethnic Conflict
- ☐ Food Issue
- ☐ Geographical Conflict
- ☐ Interfering with Staff duties
- ☐ Property Issue
- ☐ Racial Conflict
- ☐ Recreation Equipment
- ☐ Religious Issue
- ☐ Security Threat Group Conflict
- ☐ Sexual Pressure
- ☐ Sporting Events
- ☐ Telephone
- ☐ Theft
- ☐ Visiting
- ☐ Work Issue

## Section 2: Inmates Involved

**Reg #:** 08214062      **Name:** BROWN, JEROME
**Role:** Assailant      **Medical Attention Required:** No
**Weapon (per inmate):** No      **Use of Force (per inmate):** Yes      **Chemical Used (per inmate):** No
**CIMS:** Yes      **STG:** No

**Restraints (per inmate):** Prolonged
  **Restraints Authorized By:** Bledsoe, B. A.
  **Date/Time Placed In Restraints:** 3/1/2010 3:10 PM
  **Restraint Equipment Used:** ☑ Hard   ☐ Soft

1 of 3

# Form 583 Report of Incident

Incident #: LEW-10-0249          Submitted By: B. A. Bledsoe, Warden          Date/Time Of Incident: 3/1/2010 2:48 PM

**Restraint Method Used:** ☑Ambulatory   ☐2-Point   ☐4-Point

**Death (per inmate):**   No

Reg #: 16553074          Name: HOLMES, ADRIAN
Role: Assailant          **Medical Attention Required:** Institution
Weapon (per inmate): No   Use of Force (per inmate): Yes   Chemical Used (per inmate): No
CIMS: Yes               STG: Yes

Restraints (per inmate): Prolonged
   Restraints Authorized By:   Bledsoe, B. A.
   Date/Time Placed In Restraints: 3/1/2010 3:10 PM
   Restraint Equipment Used: ☑Hard   ☐Soft
   Restraint Method Used: ☑Ambulatory   ☐2-Point   ☐4-Point

**Death (per inmate):**   No

---

## Section 3: Others Involved

No data found.

---

## Section 4: Lethal Weapon Discharge

No data found.

---

## Section 5: Use of Force

**Use of Force Classification:**   Calculated, Planned Use Of Force

| Staff Name | Medical Attention | Role |
|---|---|---|
| Sassaman, A. | No | UOF Lieutenant |
| Wintersteen, B. | No | Camera Operator |
| Schlauch, C. | No | Confrontational Avoidance |
| Deleon, D. | No | Medical |
| Reed, D. | No | UOF Team Member |
| Wise, G. | No | UOF Team Member |
| Carpenter, J. | No | UOF Team Member |
| Lesho, J. | No | UOF Team Member |
| Kratzer, K. | No | Camera Operator |
| Whittaker, K. | No | UOF Team Member |
| Kaskie, M. | No | UOF Team Member |
| Cross, R. | No | UOF Team Member |

Was Incident Videotaped?   Yes
   If Yes, Tape ECN:  pending
   If Yes, Was Video Tape Sequential?   Yes
      If No, Why:

| Reason For Use Of Force |
|---|
| ☑ Displayed Signs Of Imminent Violence |
| ☑ Enforcement Of Institution Regulations |

# Form 583 Report of Incident

**Incident #:** LEW-10-0249          **Submitted By:** B. A. Bledsoe, Warden          **Date/Time Of Incident:** 3/1/2010 2:48 PM

| Chemicals Used | |
|---|---|
| Chemical | Quantity |

No data found.

| Less-Lethal Weapons Used | |
|---|---|
| Less-Lethal Weapon | Quantity |

No data found.

| Other Equipment Used | |
|---|---|
| Other Equipment | Quantity |

No data found.

## Section 6: Description of Incident

**DESCRIPTION OF INCIDENT (If Use Of Force, include details such as name of supervisor applying the chemical agent and/or restraints, reasons for use of hard restraints instead of soft restraints, etc.) Please be clear about cause(s) of the incident in your description.**

On March 1, 2010, at approximately 2:48 p.m.,  the Warden authorized a Use of Force Team be assembled, and inmates Adrian Holmes' #16553-074 and Jerome Brown's #08214-062 placement into ambulatory restraints due to their disruptive behavior and displaying signs of imminent violence.  Specifically, both inmates refused to relinquish their food trays from the noon meal, and made threatening statements towards staff, while housed in D-Block cell #202.  Confrontation avoidance procedures were initiated, with positive results.  Both inmates submitted to hand restraints.  As the Use of Force Team took control of inmate Holmes to escort him from the cell, he became resistive and attempted to pull away from the escort, causing the Use of Force Team to place him against the wall to regain control.  Both inmates were then escorted to the second floor shower area, where they were placed into ambulatory restraints, medically assessed, and escorted back to cell #202, where they remained in ambulatory restraints.  Inmate Holmes' medical assessment noted a small abrasion to his right eyebrow.  Inmate Brown's medical assessment noted no injuries.  No staff injuries were reported.

## Section 7: Attachments

| File Date | File Name | Original Entered By | Original Loc. Code |
|---|---|---|---|
| 3/1/2010 | 10-249 Staff memos.pdf | TF18173 | LEW |
| 3/1/2010 | 3-1-10 Inmate Roster.pdf | TF18173 | LEW |
| 3/1/2010 | Brown I.R..pdf | TF18173 | LEW |
| 3/1/2010 | Brown med assessment.pdf | TF18173 | LEW |
| 3/1/2010 | Holmes I.R..pdf | TF18173 | LEW |
| 3/1/2010 | Holmes med assessment.pdf | TF18173 | LEW |

**Approved By:** SUBMITTED
B. A. Bledsoe, Warden

**Attachment D**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | HOLMES, ADRIAN S | | Reg #:  16553-074 |
| Date of Birth: | RIAN S | Sex:  M | Race:  BLACK |
| Encounter Date:  03/01/2010 15:41 | | Provider:  DeLeon, Dan RN/IDC | Facility:  LEW |

Injury Assessment-Not Work Related encounter performed at Special Housing Unit.

**SUBJECTIVE:**

    **INJURY  1**    **Provider:**  DeLeon, Dan RN/IDC

        **Date of Injury:**    03/01/2010 14:48        **Date Reported for Treatment:**    03/01/2010 15:41

        **Work Related:**    No        **Work Assignment:**    UNASSG

        **Where Did Injury Happen (Be specific as to location):**

            D202

        **Cause of Injury (Inmate's Statement of how injury occurred):**

            Inmate involved in calculated use of force, became resistant to escort officers, small abrasion to brow upper right eye.  bleeding controlled by time of assessment, no further treatment necessary

        **Symptoms (as reported by inmate):**

            "What the fuck can't you see my eye is bleeding!!"

**OBJECTIVE:**

Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 03/01/2010 | 15:42 LEW | 72 | | | DeLeon, Dan RN/IDC |

Respirations:

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 03/01/2010 | 15:42 LEW | 18 | DeLeon, Dan RN/IDC |

Exam:
    **Skin**
        **Trauma**
            Abrasion (yes)
                Above OD, bleeding ceased at time of assessment
    **Eyes**
        **General**
            PERRLA (yes)
    **Peripheral Vascular**
        **Arms**
            Capillary Refill Normal (yes)
        **Legs**
            Capillary Refill Normal (yes)

**ASSESSMENT:**

    Bleeding-Traumatic

**PLAN:**

**Disposition:**

    Discharged to Housing Unit with Convalescence

| Inmate Name: | HOLMES, ADRIAN S | | | Reg #: | 16553-074 |
|---|---|---|---|---|---|
| Date of Birth: | DRIAN S | Sex: | M | Race: | BLACK |
| Encounter Date: | 03/01/2010 15:41 | Provider: | DeLeon, Dan RN/IDC | Facility: | LEW |

**Other:**

Circulation checks WNL

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/01/2010 | Counseling | Access to Care | DeLeon, Dan | Needs Reinforcement |

**Copay Required:** No                    **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by DeLeon, Dan RN/IDC on 03/01/2010 15:45
Requested to be cosigned by Pigos, Kevin MD/Clinical Director.
Cosign documentation will be displayed on the following page.
Requested to be reviewed by Navarro, I. MLP.
Review documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | |
|---|---|---|---|---|
| Inmate Name: | HOLMES, ADRIAN S | | | Reg #: 16553-074 |
| Date of Birth: | RIAN S | Sex: | M | Race: BLACK |
| Encounter Date: | 03/01/2010 15:41 | Provider: | DeLeon, Dan RN/IDC | Facility: LEW |

Cosigned by Pigos, Kevin MD/Clinical Director on 03/02/2010 09:04.


Reviewed by Navarro, I. MLP on 03/02/2010 09:46.

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ADRIAN S. HOLMES,** | : | **NO. 4:CV-10-1043** |
| **Plaintiff** | : | |
| | : | **(McClure, J.)** |
| **v.** | : | |
| | : | |
| **WARDEN BLEDSOE, et al.** | : | |
| **Defendants** | : | **Filed Electronically** |

## CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on August 17, 2010, she served a copy of the attached

## EXHIBITS IN SUPPORT OF DEFENDANTS'
## STATEMENT OF MATERIAL FACTS
## IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

Addressee:

Adrian S. Holmes
Reg. No. 16553-074
USP Lewisburg
P.O. Box 1000
Lewisburg, PA 17837

/s/ Joanne M. Hoffman
JOANNE M. HOFFMAN
Paralegal Specialist

# COVER-SHEET

# EXIBIT: V (ADMINISTRAVTIVE REMEDIES APPEALS)

As You Will See Plaintiff HOLMES Has Done/Did His Remedies Appeal, Starting In The Year Of 2010 So, That WILL Prove That At Every Level, Has Knowledge Of Mr. HOLMES HOSTAGE Situation ~ IN Violation Of The CONSTITUTIONAL & AMEND-- MENT(s) LAW(s)  (Excessive Time - Over Done Time)

Receive: Feb. 25, 2011, Friday, Time: 3:32 p.m.
By: M/. Kemmer

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: FEBRUARY 22, 2011

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : ADRIAN S HOLMES, 16553-074
      LEWISBURG USP    UNT: Z-BLOCK    QTR: Z07-202L
      2400 ROBERT F. MILLER DRIVE
      LEWISBURG,  PA 17837


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 616680-A2        CENTRAL OFFICE APPEAL
DATE RECEIVED   : FEBRUARY 4, 2011
SUBJECT 1       : OTHER SENTENCE COMPUTATION
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: SEE REMARKS.

REMARKS         : CONCUR WITH THE REGION'S RATIONALE FOR REJECTING
                  THIS APPEAL.

RECEIVED

FEB 24 2011

ADMIN REMEDY CLERK
USP LEWISBURG

REJECTION NOTICE – ADMINISTRATIVE REMEDY

DATE: JANUARY 24, 2011


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTHEAST REGIONAL OFFICE

TO  : ADRIAN S HOLMES, 16553-074
      LEWISBURG USP      UNT: Z-BLOCK      QTR: Z03-201L
      2400 ROBERT F. MILLER DRIVE
      LEWISBURG,  PA 17837


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 616680-R2        REGIONAL APPEAL
DATE RECEIVED   : JANUARY 18, 2011
SUBJECT 1       : OTHER SENTENCE COMPUTATION
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: SEE REMARKS.

REJECT REASON 2: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                 10 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REMARKS         : RESUBMISSION IS UNTIMELY. DUE 1/13 RECEIVED 1/18
                  PROVIDE STAFF VERIFICATION FOR UNTIMELINESS

HOLMES, Adrian S.
16553-074

You request that your release date be changed to April 01, 2011.

You are currently serving a 168 month sentence from Eastern
District of Tennessee. You received 362 days of jail credit.
Your current release date is June 04, 2010 via Good Conduct Time
release. Your computation will not be adjusted unless the DSCC
receives a court order to adjust your term of imprisonment. Your
computation was certified and a final release audit done by the
DSCC on February 09, 2010.

**U.S. Department of Justice**

**Central Office Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: HOLMES ADRIAN Sr          #16883-074      Z - Unit     USP Lewisburg

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A - REASON FOR APPEAL** On June 27, 2011 - Thurs, I Have Recieve Again An "Untimely Notice" From The Regional Level Which Is **Bogusly** Because I, Mr. A. HOLMES, Sent The BP-10 Out On Sunday - Jan 9, 2011, Time: 9:54 A.M. By: Counselor - Ms. Beysere Witness: Rodney Hill #04661-424 (See: AFFIDAVIT Which Is Attach). "Now By All Means I Believe That She Mail My Mail Out On Time" But She's Human Too. Now With That Doing Remedy On That Also. - Now On To The Issue At Hand: The **FACTS** Reminds And Sust That My Release Date Has Been Change From 04-01-2011 To Now 06-04-2011 And **No** ct And I Do Not Have Any G.C.T. To Be Taken Nor Haven't Been Able To Appeal Any Envelope That I Address To Them Were Not Attach To This Return Showing Proof Of When The Mail Were Sent Out incorrection On The Matter From **WHICH** It Has Occur - Also Three Major **FACT FINDERS**: 1) My Own Which Were Done With Others (Remedy) 2) The Stamp Were Stamp Another Date & **Try** To Be Ex-Change Look At The Stamp Dated: Jan. 9, 2011; (**See Attach Page For Paragraph 3 & 4**)

June 29 DATE 2011 - SAT        Mr. Adrian S. Holmes

SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED

FEB 0 4 ...

Administrative Remedy Section
Federal Bureau of Prisons

_____          _____
DATE                              GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE        CASE NUMBER: _____

**Part C - RECEIPT**                CASE NUMBER: _____

Return to: _____

LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____          _____
DATE                              SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)

# BP-11   ATTACHMENT

3)Every Other Date Stamps Were Stamped On The First (FRONT)
Page, The Regional Were Stamped On The Second (2nd) Page; 4)
No One Is Putting Their Hand Signature On The Line.

Also, See; P.S. 542.14(d) -
Appeal Of Rejections

Mr Adrian D. Holmes

Date: Jan. 29, 2011 - SAT.

# AFFIDAVIT

I, Mr. Rodney Hill_____, Swears To The Statement That I Am Giving Is The Truth And Nothing But The **TRUTH** I Swear To The **FACT OF TRUTH** That Mr. HOLMES, # 16553-074 Mail Out His Mail To The Region On Jan. 9, 2011-SUNDAY By: Ms. Baysore/Counselor "Which I Believe She Mailed Out On Time" And We Were In Cell Z-227. An I Have Observe That The Regional Level Reject His Remedies For "Untimely" Which Is Not True **NO TRUTH.**

I, Rodney Hill_____ Swears To The Statement Above To Be Nothing But The **TRUTH** As An Oath Of My Being   X   Rodney Hill #04661-424

Respectfully
Submitted

Name: Rodney Hill #04661-424

Date: 1/29/2011

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: HOLMES ADRIAN Sr          #16593-074      Z-227    U.S.P Lewisburg, PA
      LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.      UNIT        INSTITUTION

**Part A - REASON FOR APPEAL**  I AM Writting This In Concern Of My (Release Date Being Change;
HISTORY: On Dec. 14, 2009, The Court Of Knoxville, Tennessee Sent An **ORDER** From The
court To The Designation And Sentence Computation Center (DSCC) To Reduce My 15yrs/180 Mon
by A Reduction Of 12 Months Which **NOW** Makes My Sentence 14yrs/168 Months, So, Once
My Sentence Time Change So Did My Release Date The Reason Why I Wasn't Release In The Year
Of "2010" Unfortunately My Disciplinary Made My Release Date 04-01-2011, - That's Why Due To
The Fact The Warden BxAx Bledsoe Along With AxWx Mr. Young And My Unit Team Did My Release Date
rm Second Change Act" In The Year/Date Of March 23, 2010 For My Release Date Of 04-01-2011
See Attachments of My Date Showing 04-01-2011 & The Unit Team Acting) - No One Has Given
le Any Paper-Work Showing How &/or Why The Date Change From 04-01-2011 To 06-04-2011.

Jan. 5, 2011 Time 4:17 p.m.                           Mr. Adrian Sr. Holmes
      DATE                                            SIGNATURE OF REQUESTER

**Part B - RESPONSE**



_____                    _____
      DATE                                        REGIONAL DIRECTOR
If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar
days of the date of this response.
ORIGINAL: RETURN TO INMATE                        CASE NUMBER: _____

**Part C - RECEIPT**

                                                  CASE NUMBER: _____

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.        UNIT        INSTITUTION
SUBJECT: _____

_____              ☮              _____
      DATE                                        SIGNATURE, RECIPIENT OF REGIONAL APPEAL
                                                                              BP-230(13)

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: HOLMES ADRIAN S.   #16553-074   Z-204   U.S.P. Lewisburg, PA
LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A - REASON FOR APPEAL** I Writting This In Concern Of My (Release Date Being Change

HISTORY: On Dec. 14, 2009, The Court Of Knoxville, Tennessee Sent An **ORDER** From The Court To The Designation And Sentence Computation Center (DSCC) To Reduce My 15yrs/180 Months A Reduction Of 12 Months Which **NOW** Makes My Sentence 14yrs/168 Months. So, Once My Sentence Time Change So Did My Release Date The Reason Why I Wasn't Release In The Year Of "2010" Unfortunately My Disciplinary Made My Release Date 04-01-2011. - That's Why Due To The Fact The Warden B.A. Bledsoe Along With Ms. Wis Mrs Young And My Unit Team Did My "Release Date Form Second Change ACT" In The Year/Date Of March 23 **2010** For My Release Date Of 04-01-2011 (See Attachment S# Of My Date- Showing 04-01-2011 & The Unit Team Acting) - **NO** One Has Given Me Any Paper-Work Showing How &/or Why The Date Change From 04-01-2010 To **06-04-2011.**

Dec. 23 2010
_____
DATE

x Adrian S. Holmes
_____
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DEC 29 2010

_____
DATE

_____
GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE

CASE NUMBER: 616680-R

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____
DATE

_____
SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)
JUNE 2002

**Admin. Remedy No.: 616680-F1**
**Part B- Response**

## ADMINISTRATIVE REMEDY RESPONSE

This is in response to your Request for Administrative Remedy dated November 25, 2010, wherein you request your release date be changed to April 1, 2011.

A review of this matter reveals you are currently serving a 180-month sentence, from the Eastern District of Tennessee, imposed on January 22, 1999. On December 14, 2009, a court order reduced your term to 168 months and you received 362 days of jail credit. Your current release date is June 4, 2011, via Good Conduct Time. Your sentence computation will not be adjusted unless the Designation Sentence and Computation Center (DSCC) receives a court order to adjust your term of imprisonment. Your computation was certified and a final release audit done by the Designation Sentence and Computation Center (DSCC) on February 09, 2010.

The above information is provided for informational purposes.

If you are dissatisfied with this response, you may appeal to the Regional Director, United States Federal Bureau of Prisons, Northeast Regional Office, United States Customs House - Seventh Floor, Second and Chestnut Streets, Philadelphia, PA 19106, within twenty (20) calendar days from the date of this response.

_12·8·10_
Date

B. A. Bledsoe, Warden

LEW 1330.13D
ADMINISTRATIVE REMEDY PROGRAM
ATTACHMENT A

INFORMAL RESOLUTION ATTEMPT        10-417

In accordance with Program Statement 1330.13, <u>Administrative Remedy</u>
<u>Program</u>, this form will serve as documentation by the respective staff
member and his unit manager to indicate an informal attempt to resolve
the complaint of the following inmate:

NAME: Mr. HOLMES _____ Reg. No. #16553-074 _____

FORM TO INMATE:_____ STAFF  Baysor _____ Z _____
          (Date)                (Name)              (Unit)

A BP-229(13) WILL NOT ORDINARILY BE ACCEPTED WITHOUT THIS COMPLETED
FORM ATTACHED
------------------------------------------------------------------
1.  Nature of Complaint (to be completed by inmate):

Here Comes Mr. HOLMES #16553-074, Giving Acknowledgement That There
Is A Birth Of "Plain Errs" As Of Now To My Release Date;
HISTORY: The Courts' Made A Decision Then The Judge Made A ORDER Then
Forward The **ORDER** To (DSCC) Designation And Sentence Computation Center
Which The **ORDER** Were Done & Sign By: Grace Wood-Coleman Dated: 10-14-2009
Time: 10:15:56 -06:00 - The **ORDER** Were For A 12 Months Reduction-
(FACT FINDING's) & The Original Time Set Forth Impose By The Court Was
180 months (15yrs) Full Expiration Term Date-The Year Of 2013 With Prier Credit: 362 G.C.T Starts
At The Year Of 2011 - Now Once, The 12 Months Reduction Were Put Into Effect Which
Made The Time Change (14yrs) Full Expiration Term Date became: 2012 Also G.C.T. Become 2010 -
The Reason Why Mr. HOLMES #16553-074 Was NOT Release In The Year Of 2010 Because His Earned
Good Time Puts Him At 04-03-2011 "PURE FACTS": Earned Good Time CAN NOT Be Temped
With NOR Can Future G.C.T. Be Taken ONLY 54 DAYS For That Said Year) - Mr. HOLMES
#16553-074 ONLY Has (168 months (14yrs)) An Serving 13yrs As Of Now,
The "PLAIN ERRO" Is Why Was My Release Date Changed From 04-03-2011 (April) To
Now 06-23-2011 (June) Which Was Done 08-30-2010? You Can't Take Earned Good
Time Credit From ME.
      SOLUTION: Change The "PLAIN ERRO" And Correct
It By Putting My Release Date Back AT 04-03-2011.
                    Respectfully
                    Mr. Holmes #16553-074